FILED VIA MAIL

MAR -1 2013

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re: ) Case No. 8:08-bk-11058-CPM
 )
AMERINET, LLC )
 )
 )
Debtor(s) )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a  X  creditor____debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: _____

---

Name of Claimant: __Waters Edge Church__

Mailing Address: __P.O. Box 8147__

City: __Yorktown__  State: __VA__  Zip Code: __23693-8147__

Telephone Number: Home:_____  Work: __(757) 867-7378 x 100__

Last Four Digits of SS# or Tax ID Number: __20-0383096__

Amount of Claim: __$823.38__

---

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

CLAIMANT'S SIGNATURE                    DATE 02/25/2013